IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JESUS FELICIANO MENDOZA-NUNEZ,<br><br>Defendants. | CASE NOS. CR F 98-5235 LJO, CR F 06-0215, and CV F 07-0979<br><br>**ORDER TO REASSIGN DEFENDANT'S 28 U.S.C. § 2255 MOTION FILED IN INCORRECT ACTION** |
|---|---|

Defendant Jesus Feliciano Mendoza-Nunez ("defendant") incorrectly filed his 28 U.S.C. § 2255 motion in his original criminal action Case No. CR F 98-5235 LJO. The motion applies to the sentence imposed in defendant's subsequent criminal action Case No. CR F 06-0215 AWI. As such, this Court REASSIGNS defendant's pending 28 U.S.C. § 2255 motion to Case No. 06-0215 AWI and REASSIGNS Case No. CV F 07-0979 LJO to United States District Judge Anthony Ishii who imposed the sentence at issue. All documents shall bear the new **Case No. CV F 07-0979 AWI**.

IT IS SO ORDERED.

**Dated:   April 17, 2008**                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1