IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>JESUS FELICIANO MENDOZA-NUNEZ,<br><br>             Defendants.<br>_____ / | CASE NO. CR F 98-5235**AWI**<br><br>**ORDER TO REASSIGN DISTRICT JUDGE** |

   This Court REASSIGNS this action to United States District Judge Anthony Ishii to assist with reassignment of related cases to Judge Ishii and coordination of related case matters.  All documents shall bear the new **Case No. CR F 98-5235 AWI**.

   IT IS SO ORDERED.

**Dated:    April 25, 2008**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1